```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-469 WBS |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER |
| ) | FOR WRIT OF HABEAS CORPUS |
| v. ) | AD PROSEQUENDUM |
| ) | |
| JOSEPH MICHAEL FLORES, ) | |
|   aka Joseph Flores, ) | |
|   aka Ignacio Rodriguez ) | |
| Birrueta, ) | |
| ) | |
| Defendant. | |

    COMES NOW the United States of America by the United States Attorney and represents and shows:

    That there is now detained in Folsom State Prison, 300 Prison Road, Represa, California 95670, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad

1

1 Prosequendum be issued commanding the Warden, Sheriff or Jailor
2 to produce the defendant in court forthwith, and at such other
3 dates as may be necessary in order to procure defendant's
4 presence to enter a plea and all other proceedings incident
5 thereto.
6     WHEREFORE, your petitioner prays for an order directing the
7 issuance of a Writ of Habeas Corpus ad Prosequendum out of and
8 under the seal of this Court, directed to the Warden, Sheriff or
9 Jailor, commanding him to have and produce the above-named
10 defendant in the United States District Court forthwith, and then
11 and there to present the defendant before the Court and from day
12 to day thereafter as may be necessary, and at the termination of
13 the proceedings against the defendant to return defendant to the
14 custody of the Warden, Sheriff or Jailor.
15 DATED: November 3, 2005
                                McGREGOR W. SCOTT
16                              United States Attorney
17
                          BY: /s/Michael M. Beckwith
18                             MICHAEL M. BECKWITH
                               Assistant U.S. Attorney
19
20                  O R D E R
21     Upon reading and filing the foregoing application in that
22 behalf;
23     IT IS ORDERED that a Writ of Habeas Corpus ad
24 Prosequendum issue as prayed for herein.
25 DATED: November 14, 2005.
26
27                              _____
                                DALE A. DROZD
28 Ddad1/orders.criminal/flores0469.ord   UNITED STATES MAGISTRATE JUDGE

2