DENNIS WAKS, Bar No. 142581
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Joseph Michael Flores

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>           Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>                               )<br>JOSEPH MICHAEL FLORES          )<br>                               )<br>           Defendant.          )<br>_____) | No. CR S-05-469 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br>Date: February 2, 2006<br>Time: 2:00 P.M.<br><br>Judge: Hon. William S. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Joseph Michael Flores, by his counsel, Ned Smock, hereby stipulate and agree that the trial confirmation hearing now scheduled for January 18, 2006 be vacated and a status conference be set for February 2, 2006 at 2:00 P.M.  The trial date previously scheduled for February 8, 2006 should be vacated.

It is stipulated that the period from January 18, 2006 until February 2, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

1

3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.  Defense counsel has received discovery and is reviewing it.  Once that task is completed, it is likely that there will be discussions with the government about a possible disposition.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED:  January 17, 2006            /s/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U. S. Attorney



DATED:  January 17, 2006            /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    JOSEPH MICHAEL FLORES
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  January 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2